**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DANIEL A. NEER,**<br><br>**Defendant.** | **Case No. 3:11-CR-30223-NJR** |

# ORDER

**ROSENSTENGEL, District Judge:**

Pending before the Court is Defendant Daniel Allen Neer's unopposed motion to modify the conditions of his supervised release. (Doc. 106). Neer was sentenced to a term of 120 months in federal custody on June 18, 2013, after pleading guilty to one count of possession of child pornography. (Doc. 52). The Court (Murphy, J.) also prohibited Neer from possessing and using electronic devices capable of taking photographs or videos upon his release. (*Id.*).

As Neer has now completed his term of imprisonment, he requests that the conditions of his supervised release be modified to allow him to use a camera-equipped laptop for educational and schooling purposes. (Doc. 106). Neer explains that he has enrolled in online courses at the Southern New Hampshire University and that the modification is necessary to "fulfill educational requirements and participate fully in his studies," including "virtual lectures, online coursework, and video-proctored examinations." (*Id.*).

The United States Attorney does not oppose Neer's request, and Probation has expressed a neutral position. (Doc. 108).

Thus, the Court **GRANTS** Neer's unopposed motion (Doc. 99) and **MODIFIES** the conditions of his supervised release as follows: Neer may possess and use a *monitored* laptop with camera functionalities for *work and schooling purposes only*. Approved monitoring software must be installed and maintained on the device. If at any time Neer uses these functionalities for any purpose that conflicts with the conditions of his supervised release, the government may seek immediate relief from this Court. All other conditions of Neer's supervised release remain in full force and effect.

**IT IS SO ORDERED.**

**DATED: October 19, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**